**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 02 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-10277 |
| Plaintiff-Appellee, | D.C. No.<br>2:16-cr-00315-DLR-1 |
| v. | |
| RODOLFO LOPEZ SOTO, a.k.a.<br>Francisco Carmelo Adames-Cruz, a.k.a.<br>Rodolfo Lopez-Soto, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Douglas L. Rayes, District Judge, Presiding

Submitted May 31, 2017**

Before: HUG, FARRIS, and CANBY, Circuit Judges.

Rodolfo Lopez Soto appeals from the district court's judgment and

challenges his 37-month sentence for re-entry of a removed alien, in violation of 8

U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Soto's

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Soto has waived his right to appeal his conviction and sentence. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See United States v. Watson,* 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED**.